UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| LAWRENCE W. BECKHAM, ) | Case No. 10-49316-659 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| LAWRENCE W. BECKHAM, ) | **Adversary No. 10-4412-659** |
| ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| BRIAN BOND, and ) | |
| COLLECTOR OF REVENUE OF THE ) | |
| CITY OF ST. LOUIS, ) | |
| Defendants. ) | |

## O R D E R

The matter before the Court is Plaintiff Lawrence W. Beckham's Amended Complaint to Set Aside Tax Sale, Defendant Brian Bond's Answer to Plaintiff's Amended Complaint to Set Aside Tax Sale, Defendant/Counterclaim Plaintiff Brian Bond's Counterclaim and Motion to Confirm Sheriff's Sale and Answer to Counterclaim of Brian Bond.  Upon consideration of the record as whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Amended Complaint to Set Aide Tax Sale is **DENIED** and judgment is entered in favor of Defendant Brian Bond and against Plaintiff Lawrence W. Beckham in that the Tax Sale is not set aside; and

**IT IS FURTHER ORDERED THAT** the relief requested in Defendant's Counterclaim and Motion to Confirm Sheriff's Sale is **GRANTED**; and this is the final judgment and Order of the Bankruptcy Court in this case.

.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: April 14, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Brian Bond
5843 Mango Drive
St. Louis, MO 63129

Collector of Revenue
Tyrone Taborn
625 N Euclid
St. Louis, MO 63108

Michael K Daming
Murphy Wasinger, L.C.
1401 S. Brentwood Blvd.
Ste. 550
St. Louis, MO 63144

Lawrence W Beckham
6617 Idaho Avenue
Saint Louis, MO 63111